IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



DEC 16 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SILWAL SINGH DHRUBA, | |
| Plaintiff, | |
| v. | Case No.: 10cv681 (LMB/TRJ) |
| VIRGINIA UNIFORMED SECURITY SERVICES, INC., et al., | |
| Defendants. | |

## CONSENT JUDGMENT

This matter, having come before this Court on Plaintiff Silwal Singh Dhruba's Complaint against Defendants Virginia Uniformed Security Services, Inc. and Rami Fathi Abbas (collectively hereinafter referred to as "Defendants"). It appearing to the Court that the Parties have settled the matter and agreed to enter into a consent judgment for the amounts contained herein, and that it is proper to do so, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, and against the Defendants, jointly and severally, for the following amounts: (1) Two Thousand Nine Hundred Eighteen Dollars and Thirteen Cents ($2,918.13) as compensatory damages; (2) Two Thousand Nine Hundred Eighteen Dollars and Thirteen Cents ($2,918.13) as liquidated damages; and (3) Five Thousand Dollars ($5,000.00) as Plaintiff's costs and reasonable attorneys fees incurred by Plaintiff in bringing the instant case; and it is further

**ORDERED AND ADJUDGED** that this cause is ended and shall be removed from the docket.

**THIS ORDER IS FINAL.**

ENTERED on this 16th day of December 2010.

/s/ *signature*
Leonie M. Brinkema
United States District Judge

**WE ASK FOR THIS:**

/s/
Alfredo Acin, Esquire
Virginia Bar Number: 76445
Counsel for Silwal Singh Dhruba
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA. 22041
Tel.: 703-778-6866
Fax: 703-425-6300
Email: aacin@lewisatlaw.com

**SEEN AND AGREED:**

/s/ (with permission)
Jon E. Shields, Esquire
Virginia Bar Number: 30303
Counsel for Rami Fathi Abbas
and Virginia Uniformed Security Services, Inc.
Law Offices of Jon E. Shields
9315 Center Street
Suite 103
Manassas, Virginia 20110
Phone: (703) 367-9636
Fax: (703) 367-9635
Email: jonshields@covad.net